IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEPH CASTILLO, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CASE NO. 5:22-CV-00472-XR |
| HANK SULLY, LLC, | | |
| Defendant. | | |

## NOTICE OF APPEARANCE

The undersigned provides notice of appearance as additional counsel of record for Defendant HANK SULLY, LLC.

        Respectfully submitted,

        **HORNBERGER FULLER GARZA & COHEN INCORPORATED**
        The Quarry Heights Building
        7373 Broadway, Suite 300
        San Antonio, Texas 78209
        Tel. (210) 271-1700; Fax (210) 271-1730

        By: */s/ David Jed Williams*
          David Jed Williams
          jwilliams@hfgtx.com
          State Bar No. 21518060

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all counsel of record through the Court's ECF system as required by Rule 5 of the Federal Rules of Civil Procedure on August 12, 2022.

        */s/ David Jed Williams*
        David Jed Williams

{00417183.1}