# Select A Case

**Joseph Castillo is a plaintiff in 16 cases.**

| | | | |
|---|---|---|---|
| [5:22-cv-00174-FB-RBF](#) | Joseph Castillo v. Safaiz International Inc. | filed 02/24/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| [5:22-cv-00184-JKP](#) | Joseph Castillo v. JTPG Properties LLC | filed 02/26/22   closed 05/11/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| [5:22-cv-00241-XR](#) | Castillo v. BARDOI TWINS VENTURES LLC | filed 03/12/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| [5:22-cv-00301-FB-ESC](#) | Castillo v. Sanchez et al | filed 03/28/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| [5:22-cv-00472-XR](#) | Castillo v. Hank Sully LLC | filed 05/13/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| [5:22-cv-00509-XR-HJB](#) | Castillo v. A-MAX INSURANCE SERVICES, INC. | filed 05/20/22   closed 07/22/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| [5:22-cv-00594-XR-HJB](#) | Joseph Castillo v. Wanda F. Camp | filed 06/05/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| [5:22-cv-00595-XR](#) | Castillo v. Gaumnitz Inc. | filed 06/05/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| | | | 446(Civil Rights: |

| | | | |
|---|---|---|---|
| 5:22-cv-00612-XR | Castillo v. VV Commercial LLC | filed 06/13/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 5:22-cv-00616-JKP-HJB | Castillo v. CMHH Investments LLC | filed 06/14/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 5:22-cv-00617-FB-HJB | Castillo v. Twiga Investments LP | filed 06/14/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 5:22-cv-00735-JKP-ESC | Castillo v. Lapeau, L.P. | filed 07/08/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 5:22-cv-00770-FB-HJB | Castillo v. BANDERA BLISS LLC | filed 07/19/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 5:22-cv-00771-OLG | Castillo v. LECCINO LLC | filed 07/19/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 5:22-cv-00772-XR | Castillo v. MOWOOD L.P. | filed 07/19/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 5:22-cv-00777-JKP | Castillo v. OK SANG | filed 07/20/22 | 446(Civil Rights: Americans with Disabilities - Other) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/10/2022 18:19:38 | | | |
| **PACER Login:** | richardmhunt | **Client Code:** | Hank Sully |
| **Description:** | Search | **Search Criteria:** | NOS: 446 Last Name: Castillo First Name: Joseph Type: pty |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |