IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOESPH CASTILLO, | § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO. 5:22-cv-00472-XR |
| HANK SULLY, LLC | § § § | |
| Defendant | § | |

**ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT**

Defendant's Motion to Dismiss is GRANTED. Plaintiff's claims are dismissed with prejudice.

Signed on _____.

_____
UNITED STATES DISTRICT JUDGE