UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEPH CASTILLO, | § § § § | |
| *Plaintiff*, | § | |
| v. | § § | Civil Action No. SA-22-CV-00472-XR |
| HANK SULLY LLC, | § § § | |
| *Defendant.* | § | |

**ORDER SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions, if any, on **Tuesday, November 08, 2022** at **10:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** October 12, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE